NUMBER 13-05-484-CR

 

                         COURT OF APPEALS

 

               THIRTEENTH DISTRICT OF TEXAS

 

                  CORPUS CHRISTI - EDINBURG

__________________________________________________________________

 

THE
STATE OF TEXAS,                                             Appellant,

 

                                           v.

 

KENNETH
HATFIELD,                                                 Appellee.

__________________________________________________________________

 

                On appeal from County
Court at Law No. 4

                           of Nueces
County, Texas.

___________________________________________________________________

 

                     MEMORANDUM OPINION

 

                Before Justices
Hinojosa, Yañez, and Garza

                       Memorandum Opinion Per
Curiam

 

Appellant, THE
STATE OF TEXAS, perfected an appeal from an order
entered by County Court at Law No. 4 of Nueces
County, Texas,  in cause number 04-CR-7192-4.  Appellant has
filed a motion to dismiss the appeal.








The Court, having
considered the documents on file and appellant=s motion to dismiss the appeal, is of the opinion
that appellant's motion to dismiss the appeal should be granted.  Appellant's motion to dismiss the appeal is
granted, and the appeal is hereby DISMISSED.

PER CURIAM

Do not publish.

Tex. R. App. P. 47.2(b).

Memorandum Opinion delivered and filed this

the 11th day of August,
2005.